IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA J. HANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES DOWLING, et al.,<br><br>    Defendants. | Case No. 22-cv-01084-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE** |

    Plaintiff Christina Hanson filed this pro se suit alleging that NSA agent Charles Dowling wrongly identified her as an FBI informant and implanted a "Stargate Remote Viewing Device" in her right eye. See Compl. (dkt. 1). Screening her complaint for minimum legal viability under 28 U.S.C. § 1915(e)(2)(B), Magistrate Judge Beeler found that the allegations were fanciful but granted leave to amend because Hanson had identified a specific agent and suggested that something possibly happened. See Order (dkt. 10). Hanson filed a statement explaining that (1) the injuries resulted from Agent Dowling's use of the "Neuroscience Engineering Harness," (2) his wife and father-in-law obtained mutation bugs and deployed them against her, and (3) she suffered harms as a victim of human experimentation. See generally Statement (dkt. 17).

    On May 23, 2022, Magistrate Judge Beeler issued a report and recommendation concluding that Hanson's claims were not minimally viable, recommended dismissal, and reassigned the case to the undersigned. See Report and Recommendation (dkt. 20). Hanson filed a timely objection recapitulating her allegations and including doctors' notes and pictures of the bruises. See dkt. 22. Hanson's objection does not make her claims more plausible or cast any doubt on Magistrate Judge Beeler's conclusions. Because

1  Magistrate Judge Beeler's report and recommendation is well-reasoned, thorough, and
2  correct, the Court adopts it in full.  The Court hereby DISMISSES this case.
3  **IT IS SO ORDERED.**
4  Dated: June 24, 2022



CHARLES R. BREYER
United States District Judge