IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA J. HANSON,<br>　　　　Plaintiff,<br>　　v.<br>CHARLES DOWLING, et al.,<br>　　　　Defendants. | Case No. 22-cv-01084-CRB<br><br>**JUDGMENT** |

　　　Having adopted Magistrate Judge Beeler's report and recommendation in full and dismissed this case, see Order (dkt. 23), the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 24, 2022

CHARLES R. BREYER
United States District Judge