IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA J. HANSON,<br>　　　　Plaintiff,<br>　　v.<br>CHARLES DOWLING, et al.,<br>　　　　Defendants. | Case No. 22-cv-01084-CRB<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS ON APPEAL** |

In this case, pro se Plaintiff Christina Hanson alleged that Defendants implanted a "Stargate Remote Viewing Device" in her right eye. Compl. (dkt. 1). In her amended complaint, Hanson did not provide any further detail suggesting that her claims were at all plausible. Report and Recommendation (dkt. 20). On June 24, 2022, the Court adopted the Report and Recommendation and dismissed the case as lacking minimum legal viability under 28 U.S.C. § 1915(e)(2)(B). Order (dkt. 23).

After Hanson appealed, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue or whether the appeal is frivolous or taken in bad faith. See Dkt. 27. The Court hereby concludes that the appeal is frivolous and REVOKES in forma pauperis status. See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

**IT IS SO ORDERED.**

Dated: July 22, 2022

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge